DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Hyde<br><br>Case Below:<br>Onslow County<br>Superior Court | No. 529A98-2 | Def's PWC to Review the Order of the Onslow County Superior Court | Denied<br>11/03/05<br><br>**Wainwright,<br>J. Recused** |
| State v. Ivey<br><br>Case Below:<br>171 N.C. App. 516 | No. 458PA05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-1420)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu<br><br>2. Allowed<br>11/03/05 |
| State v. James<br><br>Case Below:<br>140 N.C. App. 387 | No. 536P00-3 | Def's PWC to Review the Decision of the COA (COA00-224) | Dismissed<br>10/06/05 |
| State v. Johnson<br><br>Case Below:<br>171 N.C. App. 366 | No. 419P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-945)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>10/06/05<br><br>3. Denied<br>10/06/05 |
| State v. Jones<br><br>Case Below:<br>165 N.C. App. 276 | No. 399P04-3 | Def's PWC to Review Decision of the COA (COA03-590) | Dismissed<br>10/06/05 |
| State v. Jones<br><br>Case Below:<br>172 N.C. App. 161 | No. 435P05 | 1. AG's Application for Temporary Stay (COA04-967)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**08/15/05**<br>Stay Dissolved<br>**11/03/05**<br><br>2. Denied<br>11/03/05<br><br>3. Denied<br>11/03/05<br><br>4. Dismissed as moot<br>11/03/05 |
| State v. Key<br><br>Case Below:<br>172 N.C. App. 173 | No. 491P05 | 1. Def's NOA (Constitutional Question) (COA04-940)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>11/03/05<br><br>3. Denied<br>11/03/05 |
| State v. Laboy<br><br>Case Below:<br>Catawba County<br>Superior Court | No. 220P05 | AG's PWC to Review the Order of Catawba County Superior Court | Denied<br>10/06/05 |